A CERTIFIED TRUE COPY

MAY 11 '05

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE A)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE A

<u>MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation</u>

    <u>Southern District of Alabama</u>

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

    <u>District of New Jersey</u>

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

    <u>Northern District of New York</u>

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

    <u>Southern District of New York</u>

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

05cv11024 PBS

ECF, MEMBER, RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-08721-JSR

| | |
|---|---|
| Aronson v. Pfizer Inc. et al | Date Filed: 11/09/2004 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Defendant |
| Related Case: 1:04-cv-06704-JSR | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: State Court Supreme, 111907-04 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Avrill C. Aronson**
*as Personal Representative of the Estate of Rhonda Hilda Cohen, deceased*

represented by **Mary Ellen Wright**
Finkelstein & Partners, L.L.P.
436 Robinson Avenue
Newburgh, NY 12550
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

represented by **Erik M. Zissu**
Davis Polk & wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Murray**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212 450-4000

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James P. Rouhandeh**
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, NY 10017
        (212) 450-4000
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Erik March Zissu**
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, NY 10017
        (212) 450-4511
        Fax: 212 450-3511
        Email: zissu@dpw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company LLC*

represented by **Erik M. Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James E. Murray**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James P. Rouhandeh**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Erik March Zissu**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik M. Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James E. Murray**

Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
212 450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Warner-Lambert Company LLC** | represented by | **Erik M. Zissu**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James E. Murray**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James P. Rouhandeh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Erik March Zissu**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 111907-04. (Filing Fee $ 150.00, Receipt Number 525246).Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC.(jjm, ) Additional attachment(s) added on 11/12/2004 (jjm, ). (Entered: 11/09/2004) |
| 11/04/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (jjm, ) (Entered: 11/09/2004) |

| | | |
|---|---|---|
| 11/04/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company LLC.(jjm, ) Additional attachment(s) added on 11/12/2004 (jjm, ). (Entered: 11/09/2004) |
| 11/04/2004 | | Case Designated ECF. (jjm, ) (Entered: 11/09/2004) |
| 11/11/2004 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Avrill C. Aronson (Polimeni, Eleanor) (Entered: 11/11/2004) |
| 11/22/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. Notice of Assignment to follow. (laq, ) (Entered: 11/24/2004) |
| 11/22/2004 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned is no longer assigned to the case. (laq, ) Additional attachment(s) added on 11/24/2004 (laq, ). (Entered: 11/24/2004) |
| 11/22/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (laq, ) (Entered: 11/24/2004) |
| 11/22/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 11/24/2004) |
| 12/06/2004 | | ORDER the Court, on its own motion, hereby consolidates these cases 04cv6704, 04cv8464, 04cv8719, 04cv8720, 04cv8721, and 04cv8963, with the earlier cases under the common caption of In re Neurontin, 04 civ. 6704 (JSR). Any party objection to the foregoing consolidation must so notify the Court, in writing, by no later than 12/13/04, in which case the Court will then convene a hearing to evaluate any such objection. Failure to raise any objection by December 13 will be deemed a waiver of any such objection. So Ordered. Original filed in case 04cv6704, doc # 11. (Signed by Judge Jed S. Rakoff on 12/6/04) (jco, ) (Entered: 12/07/2004) |
| 02/09/2005 | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by Warner-Lambert Company, Warner-Lambert Company LLC, Pfizer Inc., Parke-Davis.(Zissu, Erik) (Entered: 02/09/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/17/2005 16:27:45 | | |
| PACER Login: | us2510 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:04-cv-08721-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |